**UNITED STATES of America,**
**Appellee,**

v.

**Luis LIRA, also known as Luis Joel Lira–Lopez, also known as Joel Lira–Lopez, also known as David Machuka–Hernandez, also known as Manuel Machuka–Perez, Appellant.**

No. 03–3934.

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 26, 2004.

Decided Aug. 31, 2004.

Jeffrey S. Paulsen, Minneapolis, MN, for Plaintiff–Appellee.

George E. Rapaich, ST. Paul, MN, for Defendant–Appellant.

Luis Lira, Waseca, MN, pro se.

Before SMITH, FAGG, and HANSEN, Circuit Judges.

PER CURIAM.

Luis Lira appeals the sentence the district court* imposed after Lira pleaded guilty to possessing cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B) and 18 U.S.C. § 2, and illegally reentering the United States following deportation, in violation of 8 U.S.C. § 1326(a). Lira's counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing

the court should have sentenced Lira below the statutory minimum.

We conclude the district court committed no error in not departing below the statutory minimum sentence, because the government had not filed a substantial-assistance motion and Lira did not qualify for safety-valve relief. *See* 18 U.S.C. § 3553(e); U.S.S.G. § 5C1.2(a)(1); *United States v. Chacon,* 330 F.3d 1065, 1066 (8th Cir.2003). Having conducted an independent review under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and finding no nonfrivolous issues, we affirm the judgment of the district court. We also grant counsel's motion to withdraw.

* The Honorable David S. Doty, United States District Judge for the District of Minnesota.